John S. Delikanakis
Nevada Bar No. 5928
Aleem A. Dhalla
Nevada Bar No. 14188
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jdelikanakis@swlaw.com
Email: adhalla@swlaw.com

*Attorneys for Defendants*
*DIAMOND RESORTS INTERNATIONAL, INC.;*
*DIAMOND RESORTS HOLDINGS, LLC;*
*DIAMOND RESORTS CORPORATION;*
*DIAMOND RESORTS INTERNATIONAL*
*CLUB, INC., a/d/a THE CLUB OPERATING COMPANY;*
*DIAMOND RESORTS U.S. COLLECTION*
*DEVELOPMENT, LLC; DIAMOND RESORTS U.S.*
*COLLECTION MEMBERS ASSOCIATION;*
*MICHAEL FLASKEY; and KENNETH SIEGEL*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH M. DROPP, MARY E. DROPP, ROBERT LEVINE, SUSAN LEVINE, and KAARINA PAKKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS HOLDINGS, LLC; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS INTERNATIONAL CLUB, INC., a/d/a THE CLUB OPERATING COMPANY; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; APOLLO MANAGEMENT VIII, L.P., APOLLO GLOBAL MANAGEMENT, LLC, MICHAEL FLASKEY; and KENNETH SIEGEL,<br><br>Defendants. | Case No. 2:18-cv-00247-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD**<br><br>**(SECOND REQUEST)** |

///

1  Defendants DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS
2  HOLDINGS, LLC; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS
3  INTERNATIONAL CLUB, INC., a/d/a THE CLUB OPERATING COMPANY; DIAMOND
4  RESORTS U.S. COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS U.S.
5  COLLECTION MEMBERS ASSOCIATION (collectively "Diamond Defendants"), MICHAEL
6  FLASKEY and KENNETH SIEGEL (collectively "Individual Defendants") and Defendants
7  APOLLO GLOBAL MANAGEMENT, LLC and APOLLO MANAGEMENT VIII, L.P.
8  ("Apollo Defendants"), (all together collectively, "Defendants") and Plaintiffs JOSEPH M.
9  DROPP, MARY E. DROPP, ROBERT LEVINE, SUSAN LEVINE, and KAARINA PAKKA
10 agree and stipulate that Defendants will have up to and including April 11, 2018 to answer or
11 otherwise plead to Plaintiffs' Complaint.
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Accordingly, pursuant to LR IA 6-2, IT IS STIPULATED AND AGREED to by and among counsel, that Defendants' time to answer, move, or otherwise respond to the Complaint in this action is extended through and including **April 11, 2018**.

Respectfully submitted this __28th__ day of March, 2018.

| | |
|---|---|
| SNELL & WILMER L.L.P. | MORRIS LAW GROUP |
| By: /s/ John S. Delikanakis<br>John S. Delikanakis (Bar No. 5928)<br>Aleem A. Dhalla (Bar No. 14188)<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169 | By: /s/ Rosa Solis-Rainey<br>Rosa Solis-Rainey (Bar No. 7921)<br>Raleigh C. Thompson (Bar No. 11296)<br>411 E. Bonneville Avenue, Suite 360<br>Las Vegas, NV 89101 |
| *Attorneys for Diamond Defendants and Individual Defendants* | *Attorneys for Apollo Defendants* |

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By: /s/ G. Mark Albright
G. Mark Albright (Bar No. 1394)
D. Chris Albright (Bar No. 4904)
801 South Rancho Drive, Suite D-4
Henderson, NV 89106

*Attorneys for Plaintiffs*

## **ORDER**

**IT IS SO ORDERED**.

_____
United States Magistrate Judge

DATED: __3/29/2018

4843-6303-2928.1

- 3 -