G. MARK ALBRIGHT, ESQ., #001394
D. CHRIS ALBRIGHT, ESQ., #004904
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: 702.384.7111
Fax: 702.384.0605
gma@albrightstoddard.com
dca@albrightstoddard.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH M. DROPP, MARY E. DROPP, ROBERT LEVINE, SUSAN LEVINE, and KAARINA PAKKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS HOLDINGS, LLC; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS INTERNATIONAL CLUB, INC., a/k/a THE CLUB OPERATING COMPANY; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; APOLLO MANAGEMENT VIII, L.P., APOLLO GLOBAL MANAGEMENT, LLC, MICHAEL FLASKEY; and KENNETH SIEGEL,<br><br>Defendants. | CASE NO.: 2:18-cv-00247-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PENDING MOTIONS** |

Plaintiffs, JOSEPH M. DROPP, MARY E. DROPP, ROBERT LEVINE, SUSAN LEVINE, and KAARINA PAKKA (hereinafter the "Plaintiffs"); Defendants DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS HOLDINGS, LLC; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS INTERNATIONAL CLUB, INC., a/k/a

Law Offices
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 S. RANCHO DRIVE
LAS VEGAS, NEVADA 89106

THE CLUB OPERATING COMPANY; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; DIAMOND RESORTS HAWAI COLLECTION DEVELOPMENT, LLC; AND DIAMOND RESORTS HAWAII COLLECTION MEMBERS ASSOCATION; and APOLLO MANAGEMENT VIII, L.P. and APOLLO GLOBAL MANAGEMENT, LLC (collectively "Defendants"), agree and stipulate that Plaintiffs will have up to and including May 15, 2018 to file an opposition to the following motions filed by the Defendants:

1. Apollo Motion to Compel Arbitration
2. Apollo Motion to Dismiss
3. Apollo Motion to Strike Class Action Allegations
4. Apollo Motion to Sever Pakka's Claims
5. Apollo Motion to Transfer Venue to Hawaii
6. Diamond Motion to Sever Pakka's Claims
7 Diamond Motion to Transfer Venue to Hawaii
8. Diamond Motion to Dismiss and Compel Arbitration
9. Diamond Motion to Strike Class Action Allegations

Plaintiffs and Defendants further agree that the Defendants shall have to and including May 15, 2018 to file a response to the following motions filed by Plaintiffs:

1. Motion for Appointment as Lead Plaintiffs
2. Motion for Approval of Plaintiffs' Selection of Counsel
3. Motion for Consolidation of Later-Filed Related Actions

/ / /
/ / /
/ / /
/ / /
/ / /

[continued on page 3]

All parties shall have to and including May 31, 2018 to file Reply Briefs in support of their respective motions listed herein.

DATED this __23__ day of April, 2018.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

/s/ G. Mark Albright
G. MARK ALBRIGHT (NV Bar #001394)
D. CHRIS ALBRIGHT, ESQ. (NV Bar #004904)
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Attorneys for Plaintiffs

SNELL & WILMER LLP

/s/ John S. Delikanakis, Esq.
JOHN S. DELIKANAKIS (NV Bar #005928)
ALEEM A. DHALLA (NV Bar #14188
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Attorneys for Diamond Defendants and Individual Defendants

MORRIS LAW GROUP

/s/ Rosa Solis-Rainey
ROSA SOLIS-RAINEY (NV Bar #007921)
RALEIGH C. THOMPSON (NV Bar #011296)
411 East Bonneville Avenue, Suite 360
Las Vegas, Nevada 89101
Attorneys for Apollo Defendants

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 24th day of April, 2018.