John S. Delikanakis, Esq.
Nevada Bar No. 5928
Aleem A. Dhalla, Esq.
Nevada Bar No. 14188
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jdelikanakis@swlaw.com
adhalla@swlaw.com

*Attorneys for Diamond Resorts Companies and the Individual Directors*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH M. DROPP, MARY E. DROPP, ROBERT LEVINE, SUSAN LEVINE, and KAARINA PAKKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS HOLDINGS, LLC; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS INTERNATIONAL CLUB, INC., a/k/a THE CLUB OPERATING COMPANY; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; APOLLO MANAGEMENT VIII, L.P., APOLLO GLOBAL MANAGEMENT, LLC, MICHAEL FLASKEY; and KENNETH SIEGEL,<br><br>Defendants. | Case No. 2:18-cv-00247-RFB-GWF<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' PENDING JURISDICTIONAL AMD VENUE MOTIONS** |

Defendants DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS HOLDINGS, LLC; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS INTERNATIONAL CLUB, INC., a/k/a THE CLUB OPERATING COMPANY; DIAMOND

4847-7748-1573

1  RESORTS U.S. COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS U.S.
2  COLLECTION MEMBERS ASSOCIATION (collectively "Diamond Defendants"), MICHAEL
3  FLASKEY and KENNETH SIEGEL (collectively "Individual Directors") and Defendants
4  APOLLO GLOBAL MANAGEMENT, LLC and APOLLO MANAGEMENT VIII, L.P.
5  ("Apollo Defendants"), (all together collectively, "Defendants") and Plaintiffs JOSEPH M.
6  DROPP, MARY E. DROPP, ROBERT LEVINE, SUSAN LEVINE, and KAARINA PAKKA
7  agree and stipulate as follows:

8  WHEREAS Diamond Defendants and Individual Directors filed a Motion to Sever
9  Plaintiff Kaarina Pakka's Claims [Dkt. No. 35] and Transfer Venue [Dkt. No. 36];

10  WHEREAS Diamond Defendants and Individual Directors filed a Motion to Dismiss and
11  Compel Arbitration [Dkt. No. 37] and to Strike Class Action Allegations [Dkt. No. 38] as to
12  Plaintiffs Joseph M. Dropp, Mary E. Dropp, Robert Levine, And Susan Levine;

13  WHEREAS Apollo Defendants filed a Motion to Dismiss and Compel Arbitration [Dkt.
14  No. 37] and to Strike Class Action Allegations [Dkt. No. 38] as to Plaintiffs Joseph M. Dropp,
15  Mary E. Dropp, Robert Levine, and Susan Levine;

16  WHEREAS Apollo Defendants filed a Motion to Sever Kaarina Pakka's Claims [Dkt. No.
17  39] and Transfer them to the United States District Court for the District of Hawaii [Dkt. No. 40];

18  WHEREAS Apollo Defendants filed a Motion to Compel Arbitration of the Dropps' and
19  the Levines' Claims [Dkt. No. 41], Dismiss their Claims in this Action [Dkt. No. 42], and Strike
20  their Class Claims and Require that Arbitration Proceed on an Individual, Not Consolidated,
21  Basis [Dkt. No. 43];

22  IT IS HEREBY STIPULATED that all discovery in this case is stayed pending a ruling
23  from this Court on Defendants' motions [Dkt. Nos. 35–43];

24  IT IS FURTHER STIPULATED that the stay of discovery will remain in effect until
25  thirty (30) days after the court issues an order granting or denying Defendants' motions [Dkt.
26  Nos. 35–43] or upon stipulation of the parties to lift the stay.

This Stipulation is made without prejudice to any party's rights to seek relief once the Court has made its ruling on Defendants' motions [Dkt. Nos. 35–43]. This stipulation is without prejudice to and does not waive any argument made in Defendants' motions [Dkt. Nos. 35–43], or Defendants' right to request a stay pending any motion to dismiss pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

Respectfully submitted this 10th day of May, 2018.

| | |
|---|---|
| SNELL & WILMER L.L.P. | MORRIS LAW GROUP |
| By: /s/ *John S. Delikanakis* <br> John S. Delikanakis (Bar No. 5928) <br> Aleem A. Dhalla (Bar No. 14188) <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 | By: /s/ *Rosa Solis-Rainey* <br> Rosa Solis-Rainey (Bar No. 7921) <br> Raleigh C. Thompson (Bar No. 11296) <br> 411 E. Bonneville Avenue, Suite 360 <br> Las Vegas, NV 89101 |
| *Attorneys for Diamond Defendants and Individual Directors* | *Attorneys for Apollo Defendants* |

ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By: *G. Mark Albright*
G. Mark Albright (Bar No. 1394)
D. Chris Albright (Bar No. 4904)
801 South Rancho Drive, Suite D-4
Henderson, NV 89106

*Attorneys for Plaintiffs*

## **ORDER**

**IT IS SO ORDERED**.

_____
United States Magistrate Judge

DATED: 5/15/2018

4847-7748-1573