G. MARK ALBRIGHT, ESQ., #001394
D. CHRIS ALBRIGHT, ESQ., #004904
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: 702.384.7111
Fax: 702.384.0605
gma@albrightstoddard.com
dca@albrightstoddard.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH M. DROPP, MARY E. DROPP, ROBERT LEVINE, SUSAN LEVINE, and KAARINA PAKKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS HOLDINGS, LLC; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS INTERNATIONAL CLUB, INC., a/k/a THE CLUB OPERATING COMPANY; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS HAWAII COLLECTION MEMBERS ASSOCIATION; APOLLO MANAGEMENT VIII, L.P., APOLLO GLOBAL MANAGEMENT, LLC, MICHAEL FLASKEY; and KENNETH SIEGEL,<br><br>Defendants. | CASE NO.: 2:18-cv-00247-RFB-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PENDING CROSS MOTION** |

Law Offices
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 S. RANCHO DRIVE
LAS VEGAS, NEVADA 89106

Plaintiffs, JOSEPH M. DROPP, MARY E. DROPP, ROBERT LEVINE, SUSAN LEVINE, and KAARINA PAKKA (hereinafter the "Plaintiffs"); Defendants DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS HOLDINGS, LLC; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS INTERNATIONAL CLUB, INC., a/k/a THE CLUB OPERATING COMPANY; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; DIAMOND RESORTS HAWAII COLLECTION DEVELOPMENT, LLC; AND DIAMOND RESORTS HAWAII COLLECTION MEMBERS ASSOCATION; and APOLLO MANAGEMENT VIII, L.P. and APOLLO GLOBAL MANAGEMENT, LLC (collectively "Defendants"), agree and stipulate that Plaintiffs will have up to and including May 31, 2018, to file an opposition to the Cross-Motion to Stay Consideration of Plaintiffs' Motions Pending Resolution of Defendants' Motions Concerning Arbitrability, Venue and Other Issues [Dkt. 67] filed by Defendants Apollo Global Management, LLC and Apollo Management VIII, L.P.; Diamond Resorts Corporation, Diamond Resorts Holding, LLC, Diamond Resorts International Club, Inc., Diamond Resorts International, Inc., Diamond Resorts U.S. Collection Development, LLC, and Diamond Resorts U.S. Colelction Members Association.

DATED this __ day of May, 2018.

                        ALBRIGHT, STODDARD, WARNICK
                        & ALBRIGHT

                        /s/ G. Mark Albright
                        G. MARK ALBRIGHT (NV Bar #001394)
                        D. CHRIS ALBRIGHT, ESQ. (NV Bar #004904)
                        801 South Rancho Drive, Suite D-4
                        Las Vegas, Nevada 89106
                        Attorneys for Plaintiffs

**SNELL & WILMER LLP**

/s/ John S. Delikanakis
JOHN S. DELIKANAKIS (NV Bar #005928)
ALEEM A. DHALLA (NV Bar #14188
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Attorneys for Diamond Defendants and Individual Defendants

**MORRIS LAW GROUP**

/s/ Rosa Solis-Rainey
ROSA SOLIS-RAINEY (NV Bar #007921)
RALEIGH C. THOMPSON (NV Bar #011296)
411 East Bonneville Avenue, Suite 360
Las Vegas, Nevada 89101
Attorneys for Apollo Defendants

IT IS SO ORDERED:



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 30th day of May, 2018.

Dropp v. Diamond Resorts International, Inc.,
Case No. 2:18-cv-00247-RFB-GWF