John S. Delikanakis, Esq.
Nevada Bar No. 5928
Aleem A. Dhalla, Esq.
Nevada Bar No. 14188
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jdelikanakis@swlaw.com
adhalla@swlaw.com

*Attorneys for Diamond Resorts Companies
and the Individual Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH M. DROPP, MARY E. DROPP, ROBERT LEVINE, SUSAN LEVINE, and KAARINA PAKKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS HOLDINGS, LLC; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS INTERNATIONAL CLUB, INC., a/k/a THE CLUB OPERATING COMPANY; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; DIAMOND RESORTS HAWAII COLLECTION MEMBERS DEVELOPMENT, LLC; DIAMOND RESORTS HAWAII COLLECTION MEMBERS ASSOCIATION; APOLLO MANAGEMENT VIII, L.P., APOLLO GLOBAL MANAGEMENT, LLC, MICHAEL FLASKEY; and KENNETH SIEGEL,<br><br>Defendants. | Case No. 2:18-cv-00247-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF CROSS-MOTION TO STAY** |

Defendants DIAMOND RESORTS INTERNATIONAL, INC.; DIAMOND RESORTS HOLDINGS, LLC; DIAMOND RESORTS CORPORATION; DIAMOND RESORTS INTERNATIONAL CLUB, INC., a/d/a THE CLUB OPERATING COMPANY; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION; DIAMOND RESORTS HAWAII COLLECTION MEMBERS DEVELOPMENT, LLC; DIAMOND RESORTS HAWAII COLLECTION MEMBERS ASSOCIATION (collectively "Diamond Defendants"), MICHAEL FLASKEY and KENNETH SIEGEL (collectively "Individual Defendants") and Defendants APOLLO GLOBAL MANAGEMENT, LLC and APOLLO MANAGEMENT VIII, L.P. ("Apollo Defendants"), (all together collectively, "Defendants") and Plaintiffs JOSEPH M. DROPP, MARY E. DROPP, ROBERT LEVINE, SUSAN LEVINE, and KAARINA PAKKA ("Plaintiffs") agree and stipulate that Defendants have up to and including June 15, 2018 to file their Reply in support of their Cross-Motion to Stay Consideration of Plaintiffs' Motions Pending Resolution of Defendants' Motions Concerning Arbitrability, Venue, and Other Issues (ECF No. 67).

Accordingly, pursuant to LR IA 6-2, IT IS STIPULATED AND AGREED that Defendants' time to file their Reply in support of their Cross-Motion to Stay Consideration of Plaintiffs' Motions Pending Resolution of Defendants' Motions Concerning Arbitrability, Venue, and Other Issues (ECF No. 67) is extended through and including **June 15, 2018**.

Respectfully submitted this 6th day of June, 2018.

| | |
|---|---|
| SNELL & WILMER L.L.P. | MORRIS LAW GROUP |
| By: */s/ John S. Delikanakis* <br> John S. Delikanakis (Bar No. 5928) <br> Aleem A. Dhalla (Bar No. 14188) <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 | By: */s/ Rosa Solis-Rainey* <br> Rosa Solis-Rainey (Bar No. 7921) <br> Raleigh C. Thompson (Bar No. 11296) <br> 411 E. Bonneville Avenue, Suite 360 <br> Las Vegas, NV 89101 |
| *Attorneys for Diamond Defendants and Individual Directors* | *Attorneys for Apollo Defendants* |

ALBRIGHT, STODDARD,
WARNICK & ALBRIGHT

By: */s/ G. Mark Albright*
G. Mark Albright (Bar No. 1394)
D. Chris Albright (Bar No. 4904)
801 South Rancho Drive, Suite D-4
Henderson, NV 89106

*Attorneys for Plaintiffs*

## **ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 7th day of June, 2018.

4848-3348-5671.1